Susan Gately, Respondent, v James Gately, Appellant.

Submitted June 2, 2014; decided August 28, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Motorola Credit Corporation, Appellant-Respondent, et al., Plaintiffs-Counter-Defendants, v Standard Chartered Bank, Respondent-Appellant, et al., Defendants-Counter-Claimants, et al., Defendants.

Submitted August 4, 2014; decided August 28, 2014

See 740 F3d 108.

Motion by Institute of International Bankers et al. for leave to appear amici curiae on consideration of the certified questions herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Motorola Credit Corporation, Appellant-Respondent, et al., Plaintiffs-Counter-Defendants, v Standard Chartered Bank, Respondent-Appellant, et al., Defendants-Counter-Claimants, et al., Defendants.

Submitted August 4, 2014; decided August 28, 2014

See 740 F3d 108.

Motion by Government of the United Kingdom of Great Britain and Northern Ireland for leave to file a brief amicus curiae on consideration of the certified questions herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.